UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:22-cv-253-VMC-AAS

DANIEL LUGO,

      Plaintiff,

v.

HARBOR TOWERS OWNERS
ASSOCIATION, INC.

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

           s/Drew M. Levitt
           DREW M. LEVITT
           Florida Bar No. 782246
           drewmlevitt@gmail.com
           LEE D. SARKIN
           Florida Bar No. 962848
           LSarkin@aol.com
           4700 N.W. Boca Raton Boulevard,
           Suite 302
           Boca Raton, Florida 33431
           Telephone (561) 994-6922
           Attorneys for Plaintiff